PHILLIP A. TALBERT
United States Attorney
JEFFREY J. LODGE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California  93721
Telephone: (559) 497-4019
E mail: Jeffrey.lodge@usdoj.gov

Attorneys for Defendant United States

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN TOMLIN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Case No. 2:23-cv-00190-KJN<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER** |

Pursuant to the terms of a written settlement and Rule 41(a) of the Rules of Civil Procedure, the parties hereby stipulate that the case be dismissed with prejudice, each party to bear their own attorney fees and costs.

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated:  March 28, 2024　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES ATTORNEY

　　　　　　　　　　　　　　　　　　　　　　/s/Jeffrey J. Lodge
　　　　　　　　　　　　　　　　　　　　　　JEFFREY J. LODGE
　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　　　Attorneys for the United States

Dated: March 28, 2024　　　　　　　　　　　STAWICKI ANDERSON & SINCLAIR

　　　　　　　　　　　　　　　　　　　　　　(As authorized 03/28/2024 )

　　　　　　　　　　　　　　　　　　　　　　/s/ Nicholas J. Anderson
　　　　　　　　　　　　　　　　　　　　　　NICHOLAS J. ANDERSON, Esq.
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　SUSAN TOMLIN

**ORDER**

The above stipulation is APPROVED and this action is hereby DISMISSED WITH PREJUDICE.

Dated:  April 1, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

21,toml.0190